IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ZACHERY KING,
ADC #142754                                                                                              PLAINTIFF

V.                                          1:15CV00090 JM/JTR

RAYLINA RAMSEY,
Classification Officer,
Grimes Unit, ADC, et al.                                                                       DEFENDANTS

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.   Defendants' Motion for Summary *(Doc. 19)* is granted in part and denied in part.

2.   All claims against Ring are dismissed with prejudice.

3.   All claims against Lee are dismissed without prejudice.

4.   King's May 20, 2015 failure to protect claim against Ramsey is dismissed without prejudice.

5.    King may proceed with his June 3, 2015 failure to protect claims against Ramsey and Howard.

Dated this 12th  day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE